Matthew J. Faust, State Bar No. 254145
 *faust@shariffaust.com*
Khodadad D. Sharif, State Bar No. 187992
 *sharif@shariffaust.com*
SHARIF | FAUST LAWYERS, LTD.
110 West A Street, Suite 1100
San Diego, CA 92101
Telephone: (619) 233-6600
Facsimile: (619) 233-6602

Attorneys for Plaintiff
YardStash Solutions, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YARDSTASH SOLUTIONS, LLC<br><br>Plaintiff,<br>vs.<br><br>MARKETFLEET, INC., and DOES 1 THROUGH 25, inclusive,<br><br>Defendants. | Case No.: 2:18-CV-00385-TLN-AC<br><br>STIPULATION AND ORDER THEREON TO CONTINUE 19 APRIL 2018 HEARING DATES TO 3 MAY 2018<br><br>Dist. Judge: Hon. Troy L. Nunley<br>Courtroom: 2 |

## **STIPULATION**

WHEREAS, Defendant MARKETFLEET, INC. (hereinafter "Defendant") filed the following motions in this Court, all with a hearing date set for 19 April 2018:

---

1. Motion to Stay Proceedings [Doc. 53];

2. Motion for Sanctions [Doc. No. 52]; and

3. Motion to Extend [Doc. No. 54], (collectively, hereinafter the "Motions").

WHEREAS, counsel for Plaintiff YARDSTASH SOLUTIONS, LLC (hereinafter "Plaintiff") is engaged in trial in San Diego, commencing on the 13th of April, and continuing through the following week (16 April – 20 April) in the case entitled *R2 Mpowered, LLC v. South Bay Investment Group, Inc.*;

WHEREAS, the counsel for Plaintiff is engaged in trial in San Diego, commencing on the 11th of May, and continuing through the following week (14 May – 18 May) in the case entitled *Judy Daggett v. Valerie Jauregui*;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, through their undersigned Counsel, as a result of the foregoing, that good cause exists to continue the hearings on the Motions from the 19th of April until the 3rd of May. By virtue of this stipulation neither party waives the claims or positions to be asserted in litigating the Motions.

The Parties hereby respectfully move the Court to continue the hearings on the Motions from the 19th of April until the 3rd of May.

///

///

///

Respectfully submitted,

SHARIF | FAUST LAWYERS, LTD.

Dated: 14 March 2018      By:      /s/ Matthew J. Faust
                                         MATTHEW J. FAUST
                                         Attorneys for Plaintiff
                                         YardStash Solutions, LLC


FRIEDLAND ENTERPRISES, LLC

Dated: 14 March 2018      By:      /s/ Ignacio Bellver
                                         Ignacio Bellver
                                         Attorneys for Defendant
                                         Marketfleet, Inc.

## **ORDER**

After reviewing the Parties' Stipulation, the Court finds that good cause exists to continue the hearings on the Motions from the 19th of April until the 3rd of May; accordingly,

**IT IS ORDERED** that the hearings on the Motions shall be continued until May 3, 2018 at 2:00 p.m.

Dated: March 16, 2018

_____
Troy L. Nunley
United States District Judge