# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| YARDSTASH SOLUTIONS, LLC | Case No.: 2:18-cv-00385-TLN-AC |
|---|---|
| Plaintiff, | PERMANENT INJUNCTION |
| vs. | |
| MARKETFLEET, INC., and DOES 1 THROUGH 25, inclusive, | |
| Defendants. | |
| MARKETFLEET PUERTO RICO, INC. | Case No.: 2:18-cv-02465- TLN-AC |
| Plaintiff, | |
| vs. | |
| YARDSTASH SOLUTIONS, LLC., Defendants. | |

Plaintiff YARDSTASH SOLUTIONS, LLC (hereinafter, "Yardstash" or "Plaintiff") commenced the action entitled *Yardstash Solutions, LLC v. Marketfleet, Inc.*, Case No. 18-385 against Defendant MARKETFLEET, INC. (hereinafter, and

collectively with MARKETFLEET PUERTO RICO "Marketfleet"), on 28 March 2017 in the United States District Court for the Southern District of California (the action was assigned Case Number 17-625 in the filing Court), alleging, *inter alia* claims of infringement of Yardstash's Patent D689,579 (hereinafter, the "'579 Patent"). This action shall be referred to hereinafter, as the "Yardstash Infringement Action." The matter was transferred to this Court on 16 February 2018 [Doc. No. 38-1]. Marketfleet filed an answer and counterclaim in this action, alleging that the '579 Patent was invalid [Doc. No. 71].

Plaintiff MARKETFLEET PUERTO RICO, INC. YARDSTASH SOLUTIONS, LLC (hereinafter and collectively with MARKETFLEET, "Marketfleet" or "Defendants") commenced the action entitled *Marketfleet Puerto Rico, Inc. v. Yardstash Solutions, LLC*, Case No. 18-2465 action against Plaintiff, on 26 February 2018 in the United States District Court for the District of Puerto Rico. This action shall be referred to hereinafter, as the "Marketfleet Invalidity Action." The matter was transferred to this Court on 31 August 2018 [Doc. No. 15].

**IT IS ORDERED, ADJUDGED, AND DECREED AS FOLLOWS**:

Defendants, and each of them, and all of their officers, directors, agents, servants, employees, and all persons in active concert or participation or in privity with any of the them, including but not limited to Marketfleet Puerto Rico, Inc., and each of its officers, directors, agents, servants, and employees, (hereinafter and collectively "Marketfleet") are permanently RESTRAINED and ENJOINED as follows:

1. Marketfleet shall not infringe, induce the infringement of, or otherwise materially contribute to the infringement of the '579 Patent;
2. Within five (5) calendar days of the entry of this Permanent Injunction, Marketfleet shall file a declaration with this Court certifying, under penalty

of perjury of the laws of the United States of America, that it no longer has in its possession any goods infringing upon the '579 Patent.

3. Marketfleet shall not provide any encouragement, support, or assistance of any kind to any person, to locate, order, manufacture, sell, or in anyway otherwise distribute goods that infringe upon the '579 Patent.

4. Marketfleet shall not take any action for the purpose or that has the effect of circumventing the requirements of this Permanent Injunction or decreasing this Permanent Injunction's effectiveness at limiting infringement of the '579 Patent.

**IT IS SO ORDERED.**

Dated: August 1, 2019

_____
Troy L. Nunley
United States District Judge